# Exhibit A

## CONSENT TO JOIN

1. Pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b), I hereby consent to join and act as a plaintiff in this lawsuit.

2. I worked for Defendant(s) as an hourly employee and I agree to be bound by any adjudication or court rulings in this lawsuit, whether favorable or unfavorable. I understand that reasonable costs expended by Plaintiffs' counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiffs' counsel will petition the Court for an award of attorneys' fees from any settlement or judgment.

3. I hereby designate the Sommers Schwartz, P.C. and Melmed Law Group P.C. law firms to represent me in this lawsuit.

Signature: *Jeannine P. Orozco* (DocuSigned, 400E3F37623A456...)

Print Name: Jeannine P. Orozco

Date Signed: 4/17/2024